# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>JAIME RENE LOPEZ-VAAL,<br><br>                        Defendant. | Case No.: 3:16-cr-00995-GPC<br>             3:17-cv-00926-GPC<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255**<br><br>**[ECF No. 38]** |

On January 24, 2018, the Court issued an order denying Defendant's motion under 28 U.S.C. § 2255 in all respects except for his claim of ineffective assistance of counsel relating to this counsel's failure to file a timely appeal despite Defendant wish to do so. (ECF No. 49.[1]) The Court instructed the government to respond to the order by indicating whether it objected to the Court vacating the criminal judgment in this case and re-entering judgment so as to permit Defendant to file a timely appeal. The government has filed a notice indicating that it "does not object to the Court vacating and re-entering judgment in [Defendant's] case consist[ent] with the Court's January 24, 2018

---

[1] The Court's docket entry citations refer to Defendant's criminal docket, Case Number 16-cr-995.

1

order." (ECF No. 50.) As a result, the Court ORDERS that the criminal judgment in Case Number 16-cr-995 be VACATED and immediately re-entered.

In sum, for the reasons explained in the Court's earlier order (ECF No. 49), Defendant's § 2255 motion is DENIED in all respects except for his claim that his counsel failed to file a timely appeal despite Defendant indicating to counsel that he wished to file an appeal. As to that aspect of Defendant's motion, the Court GRANTS the § 2255 motion, VACATES the criminal judgment in this case, and re-enters an identical judgment. The Clerk of Court is respectfully requested to close Civil Case Number 17-cv-926.

This case is referred to Magistrate Judge Adler for appointment of counsel.

**IT IS SO ORDERED.**

Dated: January 26, 2018

Hon. Gonzalo P. Curiel
United States District Judge